May 07, 2004

Mr. R. Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. Paul F. Waldner
Waldner & Associates
1801 Main Street, Suite 900
Houston, TX 77002

RE: Case Number: 02-0405
 Court of Appeals Number: 10-00-00322-CV
 Trial Court Number: E-155,549

Style: NIR S. BINUR, M.D.
 v.
 DONNA JACOBO

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Lolita Ramos|
| | |
| |Ms. Sharri |
| |Roessler |